# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

To: Peyton Nelson Jackson
PO Box 7291
Alexandria, VA 22306

In re Peyton Nelson Jackson

Case No. 16-12102

Chapter 11

## NOTICE TO CURE CREDITOR MATRIX DEFICIENCY

Pursuant to Local Bankruptcy Rule 1007-1, the petition filed by you is deficient for the reason set out below. Failure to cure the deficiency **on or before** June 2, 2016 **will result in the bankruptcy case being dismissed**.

____ creditor matrix not uploaded into CM/ECF through Creditor Maintenance.

Upon completion of the upload, docket the event **Creditor Matrix Uploaded/Diskette Received**, from the Miscellaneous category of the Bankruptcy Events menu, and terminate the pending deadline.

✓ creditor matrix diskette not submitted to the Clerk, together with Cover Sheet for List of Creditors.

____ creditor matrix not submitted in scannable hard copy format, with Request for Waiver and Cover Sheet for List of Creditors attached.

CLERK, UNITED STATES BANKRUPTCY COURT

Date: June 16, 2016

By /s/ Elizabeth W. Douglass
Deputy Clerk

Telephone Number: 703-258-1221

Electronic Notice _____
Telephonic Notice _____
Personal Notice ✓
Notice by Mail _____

[ntcrmtrx ver.12/09]