# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 16−12102−RGM
**Chapter** 11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peyton Nelson Jackson
PO Box 7291
Alexandria, VA 22306

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−3721

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on July 7, 2016 dismissing the above−captioned case.

Dated: July 7, 2016

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

[VAN015vDec2009.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:
Peyton Nelson Jackson
Debtor

Case No. 16-12102-RGM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: stewarts Page 1 of 1 Date Rcvd: Jul 07, 2016
Form ID: VAN015 Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2016.

db +Peyton Nelson Jackson, PO Box 7291, Alexandria, VA 22307-0291
13457052 +Barry E Pitkin, 9404 Mount Vernon Circle, Alex, VA 22309-3220
13457045 +Bischoff Martingayle, PC, 3704 Pacific Avenue #300, VA Beach, VA 23451-2719
13457048 +Fritsche & Thomas PC, 3929 Old Lee HWY Suite 91A, Fairfax, VA 22030-2421
13457062 +Gregory Commons, Linda Chapman, 1124 Cameron Road, Alexandria, VA 22308-1234
13457053 +Hans Bud Sawyer, 6216 Pioneer Drive, Springfield, VA 22150-1543
13457055 +Lindsay Bloom by Counsel:, Liam O'Brian, 9 East 40th Street Fourth Floor, NY, NY 10016-0402
13457049 +Lynn Wick, 8804 Northern Spruce Lane, Alexandria, VA 22309-4216
13457046 +PNC Bank (Property Acquisitions), 222 Delaware Avenue, Wilmington, DE 19801-1657
13457051 +Pamela Pitkin, 4852 Eisenhower Ave #234, Alex, VA 22304-7333
13457056 +Robert J Flyyn, 1629 K Street NW Suite 300, Wash, DC 20006-1631
13457054 +Susan L Monaco, By Counsel:, Liam O'Brian, 9 East 40th Street Fourth Floor, NY, NY 10016-0402
13457050 +Thomas R Steadman, 8112 Wellington Road, Alexandria, VA 22308-1214
13457047 +Wells Fargo Bank, PO Box 51193, La, CA 90051-5493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2016 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2016 at the address(es) listed below:

Jack Frankel on behalf of U.S. Trustee Judy A. Robbins jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov
Judy A. Robbins ustpregion04.ax.ecf@usdoj.gov

TOTAL: 2