**Fill in this information to identify your case:**

Debtor 1 PEYTON NELSON JACKSON
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the EASTERN District of WASHINGTON

Case number 16-12102-RGM
(If known)

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

US BANKRUPTCY COURT CLERK ALEXANDRIA DIVISION 2016 OCT -7

**Part 1: Summarize Your Assets**

| | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ Ø |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 66500.00 |
| 1c. Copy line 63, *Total of all property on Schedule A/B* | $ 66500.00 |

**Part 2: Summarize Your Liabilities**

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 30000.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 24037.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 3389463.00 |
| **Your total liabilities** | $ 3443,500.00 |

**Part 3: Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ 5000.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ 4994.00 |

Debtor 1 Preston Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

**Part 4:** **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No You have nothing to report on this part of the form Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the** ***Statement of Your Current Monthly Income***: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14. $ ________

9. **Copy the following special categories of claims from Part 4, line 6 of** ***Schedule E/F***:

| | Total claim |
|---|---|
| **From Part 4 on** ***Schedule E/F*****, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $________ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $________ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $________ |
| 9d. Student loans. (Copy line 6f.) | $________ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $________ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $________ |
| 9g. **Total.** Add lines 9a through 9f. | $________ |

**Fill in this information to identify your case and this filing:**

Debtor 1: PEYTON NELSON JACKSON (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: E District District of WASHINGTON

Case number: 16-12102-RGM

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☒ No. Go to Part 2

☐ Yes. Where is the property?

1.1. ______ Street address, if available, or other description

______

______ City State ZIP Code

______ County

What is the property? Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other ______

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: ______

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $______
Current value of the portion you own? $______

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
______

☐ Check if this is community property (see instructions)

*If you own or have more than one, list here:*

1.2. ______ Street address, if available, or other description

______

______ City State ZIP Code

______ County

What is the property? Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other ______

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: ______

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

Current value of the entire property? $______
Current value of the portion you own? $______

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
______

☐ Check if this is community property (see instructions)

FILED 2016 OCT -7

Debtor 1 Peyton Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-KHK

1.3. ______
Street address, if available, or other description

______

City State ZIP Code

______
County

What is the property? Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other ______

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: ______

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $______

Current value of the portion you own? $______

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

______

☐ Check if this is community property (see instructions)

2. *Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.* ........ → $______

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☒ Yes

3.1. Make: Infiniti
Model: ~~FX~~ 35
Year: 2013
Approximate mileage: 60 K
Other information: Wife Drives
CAR PAYMENTS OBLIGATED BY SEPERATION AGREEMENT WITH SPOUSE

Who has an interest in the property? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $27K

Current value of the portion you own? $<3K>

If you own or have more than one, describe here:

3.2. Make: ______
Model: ______
Year: ______
Approximate mileage: ______
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $______

Current value of the portion you own? $______

Debtor 1 PEYTON NELSON JACKSON
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

3.3. Make: ____
Model: ____
Year: ____
Approximate mileage: ____
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $____
**Current value of the portion you own?** $____

3.4. Make: ____
Model: ____
Year: ____
Approximate mileage: ____
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $____
**Current value of the portion you own?** $____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☒ No
☐ Yes

4.1. Make: ____
Model: ____
Year: ____
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $____
**Current value of the portion you own?** $____

If you own or have more than one, list here:

4.2. Make: ____
Model: ____
Year: ____
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $____
**Current value of the portion you own?** $____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .......... → $ <3k>

Debtor 1 PEYTON NELSON JACKSON Case number (if known) 16-12102-RGM
First Name Middle Name Last Name

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6 **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe......... FURNISHINGS, ~~ARTWORK~~ $ 5000.00

7 **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe......... NOTEBOOK COMPUTER, CELL PHONE $ 500.00

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☒ Yes. Describe......... ARTWORK $ 3000.00

9 **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes. Describe......... SKIIS, GOLF CLUBS, BICYCLE, TOOLS $ 600.00

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☒ Yes. Describe......... PISTOL $ 400.00

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe......... EVERY DAY CLOTHES, SUITES, SHOES $ 1000.00

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes. Describe......... WEDDING RING $ 1000.00

13 **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes. Describe......... $

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information. ............ $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .......... → $ 11500.00

Debtor 1 Peyton Nelson Jackson (First Name / Middle Name / Last Name)    Case number (if known) 16-12102-RGM

## Part 4: Describe Your Financial Assets

*Do you own or have any legal or equitable interest in any of the following?*

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes ............ Cash: 2000.00 $ 2000.00

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes ............

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | Wells Fargo | $ 4000.00 |
| 17.2. Checking account: | USAA | $ 2000.00 |
| 17.3. Savings account: | | $ |
| 17.4 Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6 Other financial account: | Brokerage Wells Fargo | $ 20000.00 |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. ***Bonds, mutual funds, or publicly traded stocks***
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes ............ Institution or issuer name:

$
$
$

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in *an LLC, partnership, and joint venture***

☐ No
☒ Yes. Give specific information about them............

| Name of entity: | % of ownership: | |
|---|---|---|
| Counset LLC | 40% % | $ ∅ |
| | 0% % | $ |
| | 0% % | $ |

Debtor 1 Peyton Nelson Jackson (First Name, Middle Name, Last Name) Case number (if known) 16-12102-RGM

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

- [x] No
- [ ] Yes. Give specific information about them.. Issuer name:

| Issuer name | |
|---|---|
| | $ |
| | $ |
| | $ |

21 **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

- [ ] No
- [x] Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $ |
| Pension plan: | | $ |
| IRA | TD Ameritrade | $ 4500.00 |
| *Retirement account:* | | $ |
| *Keogh:* | | $ |
| *Additional account:* | | $ |
| Additional account: | | $ |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

- [x] No
- [ ] Yes ..........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | | $ |
| Gas: | | $ |
| Heating oil: | | $ |
| Security deposit on rental unit: | | $ |
| Prepaid rent: | | $ |
| Telephone: | | $ |
| Water: | | $ |
| *Rented furniture:* | | $ |
| Other: | | $ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

- [x] No
- [ ] Yes .......................... Issuer name and description:

| Issuer name and description | |
|---|---|
| | $ |
| | $ |
| | $ |

Debtor 1 Preston Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

- [x] No
- [ ] Yes ........................ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$
$
$

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

- [x] No
- [ ] Yes. Give specific information about them.... $

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples: Internet domain names, websites, proceeds from royalties and licensing agreements*

- [x] No
- [ ] Yes. Give specific information about them.... $

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

- [x] No
- [ ] Yes. Give specific information about them.... $

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

- [x] No
- [ ] Yes Give specific information about them, including whether you already filed the returns and the tax years. .......................

Federal: $
State: $
Local: $

29. ***Family support***
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

- [x] No
- [ ] Yes. Give specific information.............

Alimony: $
Maintenance: $
Support: $
Divorce settlement: $
Property settlement: $

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

- [ ] No
- [x] Yes. Give specific information............. Promisory Note $27500.00

Debtor 1 Peyton Nelson Jackson (First Name, Middle Name, Last Name) Case number (if known) 16-12102-RGM

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☒ No
☐ Yes. Name the insurance company of each policy and list its value.... Company name: Beneficiary: Surrender or refund value: $ $ $

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes. Give specific information.............. $

33. ***Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment***
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No
☐ Yes. Describe each claim.................... $

34. ***Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims***
☒ No
☐ Yes. Describe each claim.................... $

35. **Any financial assets you did not already list**
☐ No
☒ Yes. Give specific information........... MISC. SECURITIES CURRENTLY UNMARKETABLE $ Ø

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........................................ → $ 58000.00

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. ***Accounts receivable or commissions you already earned***
☒ No
☐ Yes. Describe....... $

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☒ No
☐ Yes. Describe....... $

Debtor 1 Peyton Nelson Jackson — Case number (if known) 16-12102-RGM
First Name Middle Name Last Name

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

- [x] No
- [ ] Yes. Describe....... $

41. Inventory

- [x] No
- [ ] Yes. Describe....... $

42. Interests in partnerships or joint ventures

- [ ] No
- [x] Yes. Describe......

| Name of entity: | % of ownership: | |
|---|---|---|
| Coomset LLC | 40 % | $ Ø |
| | % | $ |
| | % | $ |

43. Customer lists, mailing lists, or other compilations

- [x] No
- [ ] Yes. *Do your lists include personally identifiable information* (as defined in 11 U.S.C. § 101(41A))?
  - [ ] No
  - [ ] Yes. Describe....... $

44. *Any business-related property you did not already list*

- [x] No
- [ ] Yes. Give specific information ......... $ / $ / $ / $ / $ / $

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ........ → $ Ø

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

- [x] *No. Go to Part 7.*
- [ ] Yes. Go to line 47.

**Current value of the portion you own?**
*Do not deduct secured claims or exemptions.*

47. Farm animals

*Examples:* Livestock, poultry, farm-raised fish

- [ ] No
- [ ] Yes ....................... $

Debtor 1 Peyton Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

48. Crops—either growing or harvested

☐ No
☐ Yes. Give specific information. ............ $________

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☐ No
☐ Yes .......................... $________

50. Farm and fishing supplies, chemicals, and feed

☐ No
☐ Yes .......................... $________

51. *Any farm- and commercial fishing-related property you did not already list*

☐ No
☐ Yes. Give specific information. ............ $________

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ........ → $ Ø

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not Already List Above

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☐ No
☒ Yes. Give specific information. ............ Belle Haven CC / Non Equity Membership $ Ø
$________
$________

54. Add the dollar value of all of your entries from Part 7. Write that number here ........ → $ Ø

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ........ → $ Ø

56. Part 2: Total vehicles, line 5 $ <3K>

57. Part 3: Total personal and household items, line 15 $ 11500.00

58. Part 4: Total financial assets, line 36 $ 58000

59. Part 5: Total business-related property, line 45 $ Ø

60. Part 6: Total farm- and fishing-related property, line 52 $ Ø

61. Part 7: Total other property not listed, line 54 + $ Ø

62. Total personal property. Add lines 56 through 61. .................... $ 66500.00 Copy personal property total → + $ 66500

63. Total of all property on Schedule A/B. Add line 55 + line 62. ........ $ 66500.00

**Fill in this information to identify your case:**

Debtor 1 Penton Nelson Jackson
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number 16-12102-RGM
(If known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a *specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount* of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☐ *You are claiming state and federal nonbankruptcy exemptions.* 11 U.S.C. § 522(b)(3)
   - ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Wedding Ring<br>Line from *Schedule A/B*: 12 | $ 1,000.00 | ☐ $ ______<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(b)(2) |
| Brief description: Clothing<br>Line from *Schedule A/B*: 11 | $ 1000.00 | ☐ $ 1000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(b)(2) |
| Brief description: Artwork<br>Line from *Schedule A/B*: 8 | $ 3000.00 | ☐ $ ______<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(b)(2) |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☒ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☐ No
     - ☐ Yes

Debtor 1 Peyton Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

**Part 2: Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: TOOLS<br>Line from *Schedule A/B*: 9 | $ 400 | ☒ $ 400<br>☐ 100% of fair market value, up to any applicable statutory limit | 11USC 522(b)(2) |
| Brief description: FURNISHINGS<br>Line from *Schedule A/B*: 6 | $ 5000.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | 11USC 522(b)(2) |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1: Preston (First Name) Nelson (Middle Name) Jackson (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number (If known): 16-12102 -RGM

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. Do any creditors have claims secured by your property?
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

Column A — *Amount of claim* — Do not deduct the value of collateral.
Column B — *Value of collateral that supports this claim*
Column C — *Unsecured portion* — If any

**2.1** USAA Fed Svs Bank (Creditor's Name)
10750 McDermott Freeway (Number Street)
San Antonio, TX 78288 (City State ZIP Code)

Describe the property that secures the claim: Vehicle Loan / 202 Infinity FX 35

Column A: $ 30k — Column B: $ 27k — Column C: $ Ø

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Not disputed and account current and in good standing pursuant to seperation agreement w/spouse

Who owes the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred 10/2015

Nature of lien. Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

Last 4 digits of account number 3392

**2.2** ______ (Creditor's Name)
______ (Number Street)
______ (City State ZIP Code)

Describe the property that secures the claim: ______

Column A: $______ Column B: $______ Column C: $______

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who owes the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred ______

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: $ 30000.00

Debtor 1 Peyton Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

**Part 2: List Others to Be Notified for a Debt That You Already Listed**

*Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.*

☐ Name N/A
Number Street
City State ZIP Code
On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

☐ Name
Number Street
City State ZIP Code
On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

☐ Name
Number Street
City State ZIP Code
On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

☐ Name
Number Street
City State ZIP Code
On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

☐ Name
Number Street
City State ZIP Code
On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

☐ Name
Number Street
City State ZIP Code
On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

**Fill in this information to identify your case:**

Debtor 1: PEYTON NELSON JACKSON (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN District of WASHINGTON

Case number (If known): 16-12102-KHK

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | LEIGH ANN JACKSON, Priority Creditor's Name; 8228 LAFAYE COURT, Number Street; ALEXANDRIA, VA 22306, City State ZIP Code. Last 4 digits of account number: N/A. When was the debt incurred? 12/1/2015 | $24037 | $24037 | $ Ø |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
- ☒ Domestic support obligations — PAID MONTHLY, $1000.00 + CAR PAYMENT $549 + CAR INSURANCE $300
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ______

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.2 | Priority Creditor's Name; Number Street; City State ZIP Code. Last 4 digits of account number ___ When was the debt incurred? ___ | $ | $ | $ |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ______

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Debtor 1 Preston Nelson Jackson — First Name Middle Name Last Name — Case number (if known) 16-12102-RGM

**Part 1: Your PRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. Total claim | Priority amount | Nonpriority amount

☐

Priority Creditor's Name

Number Street

City State ZIP Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___ $________ $________ $________

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of PRIORITY unsecured claim:

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

☐

Priority Creditor's Name

Number Street

City State ZIP Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___ $________ $________ $________

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of PRIORITY unsecured claim:

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

☐

Priority Creditor's Name

Number Street

City State ZIP Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___ $________ $________ $________

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of PRIORITY unsecured claim:

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

Debtor 1 Peyton Nelson Jackson (First Name, Middle Name, Last Name)     Case number (if known) 16-12102-RGM

**Part 2: List All of Your NONPRIORITY Unsecured Claims**

3. Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** Hans Bud Sawyer (Nonpriority Creditor's Name)
6316 Pioneer Drive (Number Street)
Springfield VA 22150 (City State ZIP Code)

Last 4 digits of account number N/A — Total claim $ 400,000.00
When was the debt incurred? N/A

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify LEGAL CLAIM / FINRA ARBITRATION SEE ATTACHED CRD/FINRA REPORT

**4.2** Barry Pitkin + Teal Smith (Nonpriority Creditor's Name)
9404 Mount Vernon Circle (Number Street)
Alexandria, VA 22309 (City State ZIP Code)

Last 4 digits of account number N/A — $ 200,000.00
When was the debt incurred? N/A

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify LEGAL CLAIM / FINRA ARBITRATION SEE ATTACHED CRD/FINRA REPORT

**4.3** Pamela Pitkin (Nonpriority Creditor's Name)
4852 Eisenhower Ave #234 (Number Street)
Alexandria, VA 22304 (City State ZIP Code)

Last 4 digits of account number N/A — $ 100,000.00
When was the debt incurred? N/A

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify LEGAL CLAIM / FINRA ARBITRATION SEE ATTACHED CRD/FINRA REPORT

Debtor 1 PEYTON NELSON JACKSON (First Name, Middle Name, Last Name) Case number (if known) 16-12102-RGM

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. Total claim

**4.4** GREGORY CUMMINS & LINDA CHAPMAN
Nonpriority Creditor's Name
1124 CAMERON ROAD
Number Street
ALEXANDRIA VA 22308
City State ZIP Code

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number N/A — $100,000.00
When was the debt incurred? N/A

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify LEGAL CLAIM / FINRA ARBITRATION SEE ATTACHED CRD / FINRA REPORT

**4.5** SUSAN L MONACO
Nonpriority Creditor's Name
BY COUNSEL: LIAM O'BRIAN
9 EAST 40th STREET 4th FLOOR
Number Street
NY NY 10016
City State ZIP Code

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number N/A — $700,000.00
When was the debt incurred? N/A

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify LEGAL CLAIM / FINRA ARBITRATION SEE ATTACHED CRD / FINRA REPORT

**4.6** LYNDSAY BLOOM BY COUNSEL
Nonpriority Creditor's Name
LIAM O'BRIAN
9 EAST 40th STREET 4th FLOOR
Number Street
NY NY 10016
City State ZIP Code

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number N/A — $100,000.00
When was the debt incurred? N/A

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify LEGAL CLAIM / FINRA ARBITRATION SEE ATTACHED CRD / FINRA REPORT

Debtor 1 PENTON NELSON JACKSON (First Name, Middle Name, Last Name) — Case number (if known) 16-12102-RGM

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.7** LYNN WICK AND THOMAS R STEADMAN
Nonpriority Creditor's Name
8804 NORTHER SPRUCE LANE
Number Street
ALEXANDRIA VA 22309
City State ZIP Code

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number N/A — $ 1500000.00

When was the debt incurred? N/A

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify LEGAL CLAIM FINRA ARBITRATION SEE ATTACHED CRD/FINRA REPORT

**4.8** BISCHOFF MARTINGAYLE PC
Nonpriority Creditor's Name
3704 PACIFIC AVENUE
Number Street
VA BEACH VA 23451
City State ZIP Code

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number N/A — $ 2600.00

When was the debt incurred? N/A

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify DISPUTED CLAIM FOR LEGAL SERVICES

**4.9** PNC BANK
Nonpriority Creditor's Name
222 DELAWARE AVENUE
Number Street
WILMINGTON DE 19899
City State ZIP Code

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number N/A — $ 200 000

When was the debt incurred? N/A

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify SUBJECT TO INSURANCE CLAIM ON SUNKEN VESSEL NOT WITHSTANDING, ACE INSURANCE ULTIMATE LIABILITY

Debtor 1 PENTON NELSON JACKSON
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

*After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.*

Total claim

**4.10** WELLS FARGO BANK
Nonpriority Creditor's Name
PO BOX 51193
Number Street
LA CA 90051
City State ZIP Code

Who incurred the debt? Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

$ 9000.00

When was the debt incurred? 12-1-2013 to 12-31-2015

As of the date you file, the claim is: Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify CREDIT CARD ACCOUNT FOR BUSINESS USE

**4.11** AMERICAN EXPRESS CENTURION BANK
Nonpriority Creditor's Name
PO BOX 981535
Number Street
EL PASO TX 79998
City State ZIP Code

Who incurred the debt? Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number 5003

$ 11463.68

When was the debt incurred? 8-1-14 to 12-31-16

As of the date you file, the claim is: Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify CREDIT CARD FOR BUSINESS USE

**4.12** ROBERT J FLYNN
Nonpriority Creditor's Name
1629 K STREET NW Ste 300
Number Street
WASHINGTON DC 20006
City State ZIP Code

Who incurred the debt? Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number N/A

$ 40000.00

When was the debt incurred? 12-1-15 to ~~PRESENT~~ 6-16-16

As of the date you file, the claim is: Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify FEES FOR LEGAL SERVICES

Debtor 1 Preston Nelson Jackson (First Name / Middle Name / Last Name)

Case number (if known) 16-12102-RGM

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.13** FRITSCHE + THOMAS PC
Nonpriority Creditor's Name
3929 OLD LEE HIGHWAY 91A
Number Street
FAIRFAX, VA 22030
City State ZIP Code

Last 4 digits of account number N/A — $ 6400.00

When was the debt incurred? 10-30-15

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify FEES FOR LEGAL AND ACCOUNTING SERVICES

**4.14** FINRA
Nonpriority Creditor's Name
9509 KEY WEST AVENUE
Number Street
ROCKVILLE, MD 20850
City State ZIP Code

Last 4 digits of account number N/A — $ 20000

When was the debt incurred? 4-28-2016

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify PENALTY FOR DISPUTED RULE VIOLATION REGARDING DISCLOSURE OF CERTAIN OUTSIDE ACTIVITIES SEE ATTACHED CRD FINRA REPORT

Nonpriority Creditor's Name
Number Street
City State ZIP Code

Last 4 digits of account number ____ — $ ____

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify ____

Debtor 1 Peyton Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

**Part 3: List Others to Be Notified About a Debt That You Already Listed**

5. *Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.* If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name
Number Street
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1 Preston Nelson Jackson (First Name, Middle Name, Last Name) Case number (if known) 16-12102-RGM

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. *Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.* Add the amounts for each type of unsecured claim.

| | | | Total claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. Domestic support obligations | 6a. | $ 24037.00 |
| | 6b. Taxes and certain other debts you owe the government | 6b. | $ Ø |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c | $ Ø |
| | 6d. **Other.** Add all other priority unsecured claims. *Write that amount here.* | 6d. | + $ Ø |
| | 6e. **Total.** *Add lines 6a through 6d.* | 6e. | $ 24037.00 |

| | | | Total claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. Student loans | 6f. | $ Ø |
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ Ø |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ Ø |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 3389463.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 3389463.00 |

**Fill in this information to identify your case:**

Debtor 1: PEITON NELSON JACKSON
First Name / Middle Name / Last Name

Debtor 2 (Spouse if filing): ________
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN District of WASHINGTON

Case number (If known): 16-12102-RGM

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

***Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct*** **information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. *Do you have any executory contracts or unexpired leases?*
   - ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and *unexpired leases.*

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name<br>Number Street<br>City State ZIP Code | |
| 2.2 | Name<br>Number Street<br>City State ZIP Code | |
| 2.3 | Name<br>Number Street<br>City State ZIP Code | |
| 2.4 | Name<br>Number Street<br>City State ZIP Code | |
| 2.5 | Name<br>Number Street<br>City State ZIP Code | |

Debtor 1 ______________________ Case number (if known) ______________________
First Name Middle Name Last Name

[redacted] **Additional Page if You Have More Contracts or Leases**

Person or company with whom you have the contract or lease | What the contract or lease is for

2.2
Name
Number Street
City State ZIP Code

2._
Name
Number Street
City State ZIP Code

2._
Name
Number Street
City State ZIP Code

2._
Name
Number Street
City State ZIP Code

2._
Name
Number Street
City State ZIP Code

2._
Name
Number Street
City State ZIP Code

2._
Name
Number Street
City State ZIP Code

2._
Name
Number Street
City State ZIP Code

**Fill in this information to identify your case:**

Debtor 1 PEYTON NELSON JACKSON
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: EASTERN District of WASHINGTON

Case number 16-12102-RGM
(If known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
   - ☐ No
   - ☐ Yes. In which community state or territory did you live? ________. Fill in the name and current address of that person.

   Name of your spouse, former spouse, or legal equivalent

   Number Street

   City State ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| | *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ____<br>☐ Schedule E/F, line ____<br>☐ Schedule G, line ____ |
| 3.2 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ____<br>☐ Schedule E/F, line ____<br>☐ Schedule G, line ____ |
| 3.3 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ____<br>☐ Schedule E/F, line ____<br>☐ Schedule G, line ____ |

**Fill in this information to identify your case:**

Debtor 1: PEYTON NELSON JACKSON
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): ____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN District of WASHINGTON

Case number (If known): 16-12102-RGM

Check if this is:

- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date: ____ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | *Debtor 1* | *Debtor 2 or non-filing spouse* |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | EVP Business Dev. | |
| **Employer's name** | Spindle, Inc. | |
| **Employer's address** | 8700 E. Vista Bonita Dr.<br>Suite 240<br><br>Scottsdale, AZ 85255<br>Number Street / City State ZIP Code | Number Street<br><br>City State ZIP Code |
| **How long employed there?** | 1 yrs, 4 months | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 5000.00 | $ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ Ø | + $ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 5000.00 | $ |

Debtor 1 Peyton Nelson Jackson (First Name / Middle Name / Last Name) Case number (if known) 16-12102-RGM

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here → | 4. | $ 5000.00 | $ |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ Ø | $ |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ Ø | $ |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ Ø | $ |
| | 5d. Required repayments of retirement fund loans | 5d. | $ Ø | $ |
| | 5e. Insurance | 5e. | $ Ø | $ |
| | 5f. Domestic support obligations | 5f. | $ Ø | $ |
| | 5g. Union dues | 5g. | $ Ø | $ |
| | 5h. Other deductions. Specify: ____ | 5h. | + $ Ø | + $ |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h | 6. | $ Ø | $ |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 5000.00 | $ |
| 8. | *List all other income regularly received:* | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ Ø | $ |
| | 8b. Interest and dividends | 8b. | $ Ø | $ |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ Ø | $ |
| | 8d. Unemployment compensation | 8d. | $ Ø | $ |
| | 8e. Social Security | 8e. | $ Ø | $ |
| | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>*Specify:* ____ | 8f. | $ Ø | $ |
| | 8g. Pension or retirement income | 8g. | $ Ø | $ |
| | 8h. Other monthly income. Specify: ____ | 8h. | + $ Ø | + $ |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ Ø | $ |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5000 | + $ = $ 5000.00 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
*Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.*
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: ____ 11. + $ Ø

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies 12. $ 5000.00
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☒ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1 PEYTON NELSON JACKSON
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the EASTERN District of WASHINGTON

Case number 16-12102-RGM
(If known)

Check if this is:

- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
  ________ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

- ☒ No. Go to line 2.
- ☐ Yes. **Does Debtor 2 live in a separate household?**
  - ☐ No
  - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2

Do not state the dependents' names.

- ☐ No
- ☒ Yes. Fill out this information for each dependent..........................

| *Dependent's relationship to Debtor 1 or Debtor 2* | *Dependent's age* | *Does dependent live with you?* |
|---|---|---|
| SON | 22 | ☒ No ☐ Yes |
| DAUGHTER | 19 | ☒ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

- ☐ No
- ☒ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ Ø |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ Ø |
| 4b. *Property, homeowner's, or renter's insurance* | 4b. | $ Ø |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ Ø |
| 4d. Homeowner's association or condominium dues | 4d. | $ Ø |

Debtor 1 Preyton Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ Ø |
| 6. | **Utilities:** | | |
| 6a | Electricity, heat, natural gas | 6a | $ Ø |
| 6b. | Water, sewer, garbage collection | 6b | $ Ø |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 180.00 |
| 6d. | Other. Specify: | 6d. | $ Ø |
| 7. | **Food and housekeeping supplies** | 7. | $ 870.00 |
| 8 | **Childcare and children's education costs** | 8. | $ 650.00 |
| 9 | **Clothing, laundry, and dry cleaning** | 9. | $ 50.00 |
| 10. | **Personal care products and services** | 10. | $ 20.00 |
| 11 | **Medical and dental expenses** | 11. | $ Ø |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 500.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ Ø |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20 | | |
| 15a. | Life insurance | 15a | $ Ø |
| 15b. | Health insurance | 15b. | $ Ø |
| 15c. | Vehicle insurance | 15c. | $ 375.00 |
| 15d | Other insurance. Specify: | 15d. | $ Ø |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16 | $ 200.00 |
| 17 | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 539.86 |
| 17b | Car payments for Vehicle 2 | 17b. | $ Ø |
| 17c | Other. Specify: | 17c. | $ Ø |
| 17d. | Other. Specify: | 17d | $ Ø |
| 18 | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income*** (Official Form 106I). | 18. | $ 1000.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ |
| 20 | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. | Mortgages on other property | 20a. | $ Ø |
| 20b. | Real estate taxes | 20b. | $ Ø |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ Ø |
| 20d | Maintenance, repair, and upkeep expenses | 20d. | $ Ø |
| 20e. | Homeowner's association or condominium dues | 20e. | $ Ø |

Debtor 1 Peyton Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-Rom

21. Other. Specify: ______ 21. +$ Ø

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21. 22a. $ 4994.00

22b. *Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2* 22b. $ N/A

22c. Add line 22a and 22b. The result is your monthly expenses. 22c. $ 4994.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. 23a. $ 5000.00

23b. Copy your monthly expenses from line 22c above. 23b. –$ 4994.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*. 23c. $ 6.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes. Explain here:

**Fill in this information to identify your case:**

Debtor 1: Penton Nelson Jackson
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number (If known): 16-12102-RGM

Check if this is:

- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date: MM / DD / YYYY

Official Form 106J-2

# Schedule J-2: Expenses for Separate Household of Debtor 2

12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form. Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J.* Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Do you and Debtor 1 maintain separate households?**
   - ☒ No. Do not complete this form.
   - ☐ Yes

2. **Do you have dependents?**
   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a *dependent of Debtor 1 on* Schedule J.
   Do not state the dependents' names.
   - ☐ No
   - ☐ Yes. Fill out this information for each dependent

| Dependent's relationship to Debtor 2: | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself, your dependents, and Debtor 1?**
   - ☐ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ |
| ***If not included in line 4:*** | | |
| 4a. Real estate taxes | 4a. | $ |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ |
| 4d. Homeowner's association or condominium dues | 4d. | $ |

Debtor 1 ____________________ Case number (if known) ____________________
First Name Middle Name Last Name

| | | Your expenses |
|---|---|---|
| 5 **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ |
| 6 **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ |
| 6b. Water, sewer, garbage collection | 6b. | $ |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ |
| 6d. Other. Specify: ____________ | 6d. | $ |
| 7. **Food and housekeeping supplies** | 7. | $ |
| 8. **Childcare and children's education costs** | 8. | $ |
| 9 **Clothing, laundry, and dry cleaning** | 9. | $ |
| 10. **Personal care products and services** | 10. | $ |
| 11. **Medical and dental expenses** | 11. | $ |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ |
| 14. **Charitable contributions and religious donations** | 14. | $ |
| 15 **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a | $ |
| 15b. Health insurance | 15b. | $ |
| 15c Vehicle insurance | 15c. | $ |
| 15d. Other insurance. Specify: ____________ | 15d. | $ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: ____________ | 16. | $ |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ |
| 17b. Car payments for Vehicle 2 | 17b. | $ |
| 17c. Other. Specify: ____________ | 17c. | $ |
| 17d Other. Specify: ____________ | 17d. | $ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ |
| 19. **Other payments you make to support others who do not live with you.** Specify: ____________ | 19. | $ |
| 20. ***Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.*** | | |
| 20a. Mortgages on other property | 20a. | $ |
| 20b Real estate taxes | 20b. | $ |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ |
| 20e. Homeowner's association or condominium dues | 20e. | $ |

Debtor 1 ______________________________ Case number (if known)______________________
First Name Middle Name Last Name

21. **Other.** Specify: ______________________________ 21. +$__________

22 **Your monthly expenses.** Add lines 5 through 21.
The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to calculate the total expenses for Debtor 1 and Debtor 2. 22. $__________

23 Line not used on this form.

24 ***Do you expect an increase or decrease in your expenses within the year after you file this form?***

*For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?*

☐ No.
☐ Yes. Explain here:

**Fill in this information to identify your case:**

Debtor 1 PEYTON NELSON JACKSON
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: EASTERN District of WASHINGTON

Case number 16-12102-RGM
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person__________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

*Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.*

✗ [signature] ✗ __________
Signature of Debtor 1 Signature of Debtor 2

Date 10/5/2016 Date ________
MM / DD / YYYY MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1 Peyton Nelson Jackson
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the Eastern District of Washington

Case number 16-12102-RGM
(If known)

☐ Check if this is an amended filing

FILED
2016 OCT -7 A 10: 15
US BANKRUPTCY COURT CLERK

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

☒ Married
☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| 6041 Edgewood Terrace<br>Number Street<br>Alexandria, VA 22307<br>City State ZIP Code | From 2/16<br>To 12/15 | ☐ Same as Debtor 1<br>Number Street<br>City State ZIP Code | ☐ Same as Debtor 1<br>From<br>To |
| Number Street<br>City State ZIP Code | From<br>To | ☐ Same as Debtor 1<br>Number Street<br>City State ZIP Code | ☐ Same as Debtor 1<br>From<br>To |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

## Part 2: Explain the Sources of Your Income

Debtor 1 Peyton Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

4 **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | **Debtor 1** Sources of income (Check all that apply.) | Gross income (before deductions and exclusions) | **Debtor 2** Sources of income (Check all that apply.) | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 30 000.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For last calendar year:** (January 1 to December 31, 2015) YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 101368.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For the calendar year before that:** (January 1 to December 31, 2014) YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 65000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| | **Debtor 1** Sources of income (Describe below) | Gross income from each source (before deductions and exclusions) | **Debtor 2** Sources of income (Describe below.) | Gross income from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:** (January 1 to December 31, ____) YYYY | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:** (January 1 to December 31, ____) YYYY | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

❑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☒ No. Go to line 7.

❑ Yes List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

❑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

❑ No. Go to line 7.

❑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name<br>Number Street<br><br>City State ZIP Code | | $ | $ | ❑ Mortgage<br>❑ Car<br>❑ Credit card<br>❑ Loan repayment<br>❑ Suppliers or vendors<br>❑ Other |
| Creditor's Name<br>Number Street<br><br>City State ZIP Code | | $ | $ | ❑ Mortgage<br>❑ Car<br>❑ Credit card<br>❑ Loan repayment<br>❑ Suppliers or vendors<br>❑ Other |
| Creditor's Name<br>Number Street<br><br>City State ZIP Code | | $ | $ | ❑ Mortgage<br>❑ Car<br>❑ Credit card<br>❑ Loan repayment<br>❑ Suppliers or vendors<br>❑ Other |

Debtor 1 Peyton Nelson Jackson (First Name, Middle Name, Last Name) Case number (if known) 16-12102-RGM

7 **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

- ☐ No
- ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Mary F Williams (Insider's Name)<br>7910 Harwood Place (Number Street)<br>Springfield VA 22152 (City State ZIP Code) | 4/23/15 | $ 5,000.00 | $ Ø | REPAYMENT OF PERSONAL LOAN. MARY WILLIAMS IS MOTHER-IN-LAW. |
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |

8 **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

- ☐ No
- ☒ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| David and Barbara Harwood (Insider's Name)<br>6150 John's Creek Commons (Number Street)<br>Duluth GA 30097 (City State ZIP Code) | 12/23/15 | $ 300,000 | $ Ø | REPAYMENT OF BUSINESS INTEREST LOAN SECURED BY PERSONAL RESIDENCE PAID AT CLOSING OF HOME SALE 12-23-2015 |
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |

Debtor 1 Peyton Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

**Part 4: Identify Legal Actions, Repossessions, and Foreclosures**

9 **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title | MULTIPLE. SEE ATTACHED CRD ARBITRATIONS | FINRA<br>Court Name<br>Number Street<br>City State ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | PENDING FINRA RECORD FOR | | |
| Case title | PEYTON NELSON JACKSON et. al. | Court Name<br>Number Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name<br>Number Street<br>City State ZIP Code | Explain what happened<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished<br>☐ Property was attached, seized, or levied. | | $ |
| Creditor's Name<br>Number Street<br>City State ZIP Code | Explain what happened<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | $ |

Debtor 1 Peyton Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number Street | | ________ | $________ |
| | | | |
| City State ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | ________ | $________ |
| | | ________ | $________ |
| Number Street | | | |
| City State ZIP Code | | | |
| Person's relationship to you ________ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | ________ | $________ |
| | | ________ | $________ |
| Number Street | | | |
| City State ZIP Code | | | |
| Person's relationship to you ________ | | | |

Debtor 1 Peyton Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☐ No
- ☒ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| WASHINGTON COMM. CHURCH<br>Charity's Name | | WEEKLY CONTRIBUTIONS OF 1000.00 FOR 2014 | 41000.00<br>$ ~~50000.00~~ |
| | | | $ |
| Number Street | | | |
| City State ZIP Code | | | |

## Part 6: List Certain Losses

**15 Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☒ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $ |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☒ No
- ☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number Street | | | $ |
| | | | $ |
| City State ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1 Peyton Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | ________ | $________ |
| Number Street | | ________ | $________ |
| City State ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | ________ | $________ |
| Number Street | | ________ | $________ |
| City State ZIP Code | | | |

18 **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | ________ |
| Number Street | | | |
| City State ZIP Code | | | |
| Person's relationship to you ________ | | | |
| Person Who Received Transfer | | | ________ |
| Number Street | | | |
| City State ZIP Code | | | |
| Person's relationship to you ________ | | | |

Debtor 1 Peyton Nelson Jackson Case number (if known) 16-12102-RGM
First Name Middle Name Last Name

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust ______ | | ______ |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☐ No
☒ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| WELLS FARGO<br>Name of Financial Institution<br>ONE N. JEFFERSON<br>Number Street<br>St LOUIS MO 63103<br>City State ZIP Code | XXXX–6265 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☒ Brokerage [redacted]<br>☐ Other______ | 4/5/16 | $ 20000.00 |
| ID AMERITRAD<br>Name of Financial Institution<br>PO BOX 2209<br>Number Street<br>OMAHA, NE 68103<br>City State ZIP Code | XXXX–4076 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☒ Brokerage IRA/RO<br>☐ Other______ | 11/10/15 | $ 12000.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☒ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| WELLS FARGO<br>Name of Financial Institution<br>FORT HUNT ROAD<br>Number Street<br>ALEXANDRIA VA 22308<br>City State ZIP Code | PEYTON JACKSON<br>Name TAYLOR JACKSON (SON)<br>PO BOX 7291<br>Number Street<br>ALEXANDRIA, VA 22307<br>City State ZIP Code | DOCUMENTS:<br>BIRTH CERT. &<br>SS CARDS<br>SEPERATION AGREEMENT<br>SPARE KEYS<br>MEDICAL DIRECTIVE | ☐ No<br>☒ Yes |

Debtor 1 Peyton Nelson Jackson — Case number (if known) 16-12102-RGM
First Name Middle Name Last Name

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

- [ ] No
- [x] Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Public Storage (Name of Storage Facility)<br>7208 Fordson Road (Number Street)<br>Alexandria, VA 22306 (City State ZIP Code) | Leigh Ann Jackson (Name)<br>8228 La Faye Court (Number Street)<br>Alexandria, VA 22306 (City State ZIP Code) | Furnishings from home sold in Dec. 2015. | [x] No<br>[ ] Yes |

## Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

- [x] No
- [ ] Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name<br>Number Street<br>City State ZIP Code | Number Street<br>City State ZIP Code | | $ |

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

- [x] No
- [ ] Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site<br>Number Street<br>City State ZIP Code | Governmental unit<br>Number Street<br>City State ZIP Code | | |

Debtor 1 Peyton Nelson Jackson — Case number (if known) 16-12102-RGM
First Name Middle Name Last Name

25. Have you notified any governmental unit of any release of hazardous material?

☒ No
☐ Yes. Fill in the details.

Governmental unit | Environmental law, if you know it | Date of notice

Name of site ____ Governmental unit ____
Number Street ____ Number Street ____
City State ZIP Code ____ City State ZIP Code ____

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No
☐ Yes. Fill in the details.

Court or agency | Nature of the case | Status of the case

Case title ____ Court Name ____ ☐ Pending
Number Street ____ ☐ On appeal
Case number ____ City State ZIP Code ____ ☐ Concluded

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

Business Name: Pamplona Capital
Number Street: 6041 Edgewood Terrace
City State ZIP Code: Alexandria, VA 22307
Describe the nature of the business: Investment S/S Corp
Name of accountant or bookkeeper: Fritsche v Thomas
Employer Identification number (Do not include Social Security number or ITIN.) EIN: 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
Dates business existed: From 1-1-1991 To 12-31-15

Business Name: PJBAS
Number Street: 6041 Edgewood Ter.
City State ZIP Code: Alexandria VA 22307
Describe the nature of the business: Investments/S Corp.
Name of accountant or bookkeeper: Fritsche + Thomas
Employer Identification number (Do not include Social Security number or ITIN.) EIN: 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
Dates business existed: From 1-1-1999 To 12-31-15

Debtor 1 Peyton Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

Colinset
Business Name
1511 Texas Aves.
Number Street
#140
College Station, TX 77840
City State ZIP Code

Describe the nature of the business
Investment Partner in IT Project

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.
EIN: 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

Dates business existed
From 8/1/14 To 7/31/15

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☒ No
☐ Yes. Fill in the details below.

Date issued

Name

MM / DD / YYYY

Number Street

City State ZIP Code

**Part 12: Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ [signature]
Signature of Debtor 1

Date ____________

✘ ____________
Signature of Debtor 2

Date ____________

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person ____________ Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1: Fenton (First Name) Nelson (Middle Name) Jackson (Last Name)

Debtor 2 (Spouse, if filing): First Name, Middle Name, Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number (if known): 16-12102-RGM

☐ Check if this is an amended filing

Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

12/15

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

FILED

2016 OCT -7 A 10: 1

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married.** Fill out Column A, lines 2-11.
   - ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - ☒ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $5000.00 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $Ø | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $Ø | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | N/A $~~5000.00~~ | $ | | | |
| Ordinary and necessary operating expenses | N/A − $~~[illegible]~~ | − $ | | | |
| Net monthly income from a business, profession, or farm | N/A $~~5000.00~~ | $ | Copy here→ | $~~5000.00~~ | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $Ø | $ | | | |
| *Ordinary and necessary operating expenses* | − $Ø | − $ | | | |
| Net monthly income from rental or other real property | $Ø | $ | Copy here→ | $Ø | $ |

Debtor 1 Peyton Nelson Jackson
First Name Middle Name Last Name

Case number (if known) 16-12102-RGM

| | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ Ø | $ |
| 8. **Unemployment compensation** | $ Ø | $ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| For you $ Ø | | |
| For your spouse $ Ø | | |
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ Ø | $ |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below. | | |
| ______ | $ Ø | $ |
| ______ | $ Ø | $ |
| Total amounts from separate pages, if any. | + $ Ø | + $ |
| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ 5000.00 + | $ Ø = $ 5000.00 Total current monthly income |

## Part 2: Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ [signature]
Signature of Debtor 1

Date 10/5/2016
MM / DD / YYYY

✗ ______
Signature of Debtor 2

Date ______
MM / DD / YYYY